Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of \_\_HAWAII\_\_

_____ Division

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 13 2023
at 3 o'clock and 41 min. P M
Lucy H. Carrillo, Clerk

Tony Ray Petty
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

① Kevin Souza    ③ Voltaire Gansit
② Jessica Villoria  ④ Michael Kawakami
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. CV23 00422 JMS RT
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ✓ Yes   ☐ No

IFP SUBM.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: TONY RAY PETTY
   Address: P.O. 683
   Waimanalo, Hawaii 96795
   County: Honolulu
   Telephone Number: 808-428-7944
   E-Mail Address: PettyTony04@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Kevin Souza
   Job or Title: Judge @ 1st Circuit Incompetent
   Address: 777 Punchbowl St
   Honolulu, Hawaii 96813
   County: Honolulu
   Telephone Number: Punchbowl Court House
   E-Mail Address:
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: Voltaire Gansit
   Job or Title: Public Defender Officer
   Address: Punchbowl Court House 777
   Honolulu, Hawaii 96813
   County: Honolulu
   Telephone Number: Punchbowl CourtHouse
   E-Mail Address:
   [✓] Individual capacity   [✓] Official capacity

# ① AMENDMENT
Oct. 12. 2023

WORSHIP ANY sect, religion or HIGHER power you draw upon traditional, conventional, 'God 'law 'love 'order 'family AND ITS MY BELIEF AND NOBODYS but mine—

I DONT BELIEVE IN A SOCIETY WHERE ADULTS -N- CHILDREN CAN KILL ONE OF the other and any in that society sleeps safe-n-sound.

② Right to defend, keep and be protected in their home belongings and person

RIGHTS TO ALWAYS PROTECT YOURSELF-
- and your belongings and papers
- and your effects. Not charged twice for the same Capitol Crime or
③ punishment.

Constant Harrassment w/no warrant on Hand — @ public housing   BY HPD John Bryant

cause me to loose my place of residence appearing without being calling, placing evidence of contraband to create a probable cause. THES PERVERTED TRESPASSING on private property w/o just cause.

④ 4th Amendment. — The Right to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and NO warrants shall ~~~~~~~~ be issued, but upon probable cause, support by oath or affirmation and particularly describe the place to be SEARCHED, and the person or things to be seized.

**unreasonable SEARCHER**

5

==NO PERSON SHALL BE HELD==
==FOR A CAPITOL, OR INFAMOUS CRIME==
==unless on a presentment or indictment==
==OF A GRAND JURY EXCEPT IN CASES==
Dec ==ARISING IN THE LAND OR NAVAL FORCES==
12.2018 OR IN THE MILITIA, WHEN IN ACTUAL
charge SERVICES IN TIME OF WAR OR PUBLIC DANGer
w/ucpv. NOR SHALL ANY PERSON BE SUBJECT FOR the
SAME OFFENCE TO be TWICE PUT IN JEOPArdy
Dec 12 OF LIFE OR LIMB, NOR SHALL BE
2022= COMPELLED IN ANY CRIMINAL CASE TO
4years. BE WITNESS AGAINST HER OR HIMSELF,
NOR BE DEPRIVED IN LIFE, LIBERTY, OR
Court PROPERTY, WITHOUT DUE PROCESS OF LAW.
Date set (nor shall private property be taken for public use w/o Just compensation
Jan 10 (DRAPER v UNITED STATES, 358 U.S 307, v.59. CeUSC v.3.358-30
2023

**A. PROBABLE CAUSE.**
To inten-   EXIST WHERE THE FACTS OF THE
ional cause   CIRCUMSTANCE IS COMPELLING AND IN DENYA
An over
lay of up  **B.** Intention Terrsitic Emotional Distrer
to distract   cause by the pyschological torture abuse
           from H.P.D
II           Kailua Police Department
           Special Krew Unit.     Color of Law
           E X A M P L E S

① Judge Kevin Souza - waived my right to speedy trial
   several times w/ the intention to run new charges together
   with out first asking me if I was going to trial he assume
   me guilty before his own bench and court room clearly
   ranting on about some HRS that didn't pertain to me.

② Dept. ▓ Voltaire Gunsit - on Jan 09 2023 dept public Defender
   Gunsit - Ran back into cause Right after I had release
   him from his duties outside of the courtroom, to seek
   a pysch Evaluation discussing me and my case w/o
   my lawful consent.

③ Jessica Villonja. When informing her that I am age of
   majority and I don't need anyone telling what is right
   or wrong ever. She said Quote on Quote if I dont listen
   to her that I could loose my House because sect 8
   is a privilege and not a right, Im still offended.



Defendant No. 3
Name: Jessica Villaria
Job or Title (if known): A-Probation Officer
Address: 777 Punchbowl Court House.
City: Honolulu  State: Hawaii  Zip Code: 96813
County: Honolulu
Telephone Number:
E-Mail Address (if known):

☑ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: Keoni Bryant AKA John Bryant.
Job or Title (if known): DIRTY COP -n- CRU.
Address: Kailua Police Department.
City: Waimanalo  State: HI  Zip Code: 96795
County: Honolulu

☑ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I OWE NO OBIENCE TO ANYONE. UNDER the 14 amendment. U.S vs Wong Kim Ar, 169 US. 649 1898. Thus I am not subject to your jurisdiction there of. ⑭ Right to LIVE. FREEDOM to be. 1→ cont with added violation AMENDMENT!

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*attachd Notes Explained. →*

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

*777 Punchbowl Courthouse, Honolulu, Hawaii*

B. What date and approximate time did the events giving rise to your claim(s) occur?

*Jan, 9, 2023*

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*My Constitutional Rights was violated. See Attached. and requested info.*

1st FREEDOM of Speech - Religion.
2nd Bear arms - Protect - Family. House. dwelling - 96850, HAWAII,
3rd RIGHT TO BE SECURE -N- SAFE NYO. Paper - HONOLULU:
4th Brought again on Same charge. BAIL. EXCESSIVE
5TH AMENDMENT. RIGHT 2. PLEAD REMAIN SILENT. FIFTH

Tony Petty
Oct 12. 2023

14 AMENDMENT. EQUAL PROTECT. 6th
6TH SPEEDY TRIAL         THE HECK BAR.
COMMON DEFENSE:
HECK VS. HUMPREY.         CLEARY ESTABLISH
         CODE.      IF. A
         LAW.
UNDER WHAT ACT. ARE YOU COMPLAINTING UNDER.
         STATUE.
ILL TORT IMMUNITY (ACT.)    Lawyer operating in
- coersion w/ the Bad Faith and conspiring
- Pro Se Cuter & Judge: against his own client.
A STATE OR FEDERAL   1). DEFAMATION of
move out of and Into:    Character / assassination.
B MALICOUS PROSECUTION. / Social Rejection
Voltaire Gansi't              unessccary ways.
C BATTERY or ASSAULT   WRECKLESS endangerment.
Hpd Johy Byrant Draw His WEAPON amonst children.
D INTRUSION UPON SECLUSION    incremination/
(otherwise would not have been hand   EVIDENCE....
                                      promising freedom
E CONVERSION (STEALING). 8 PEACIAL CRU 4 info, accepting
                                   R U P   kickbacks.
Jessica Villoria.                  L I M    incentives....
                                     E
F TRESPASS. ON PRIVATE property: H.P.D.
INVASION of PRIVACY: wreckless endangerment.
                                    WRONGFUL
- Intent to conspire TO FAISELY IN FRAUD Imprisonment...
                    CONVICT
- Initial Disclosure. OF EVIDENCE, or WITNESSES.
                            IF   NOTICE of
- Oral Depositions.   DEMAND RESOLUTION and
                            GLOBAL universal REMEDY.
- request to permit entry onto land or inspect evidence.
- requests of admit. sworn in under oath  what are
                                          these duties.
- 30b6 deposition of a city Representative.

Title 37 Hawaii Penal Code
706 Disposition of convicted defendants
706 – 630. Discharge of defendants
§ 706-630 : commentary

§ 706-625 (1) § 706-622.5 completed petitioners Probation term and was subtle discharged and thus satisfied the disposition of the Court.

706-622 v 5(4). 129 H. 363, 300 P. 3d 1022 (2013) under (1993) Sections. (1999) defendant should have been Release of the Obligation imposed by (p 2d (987) the Probation Sentence. (986)

986 thus Trial Court

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

PTSD - Severe Anxieties / Official Anxieties, FEAR F M LIFE / Social anxieties THE Physclatrical Visit to have treatment. Unecessary Bullying by public Officer. physical abuse the K.P.D took me in booking room close the blinds and stated to beat me v 6 men w guns [COPS DID THIS to m] Beats me up cause I live in a tent on the beach.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Dimisse any and all cases the state fradulently drew up upon my name and Destroy any and all encriminating evident against the state. that the state possess of my name. Any fines and fees to be repaid

2 Departments 7 violation and a Number of physical & Psych.
Fair 7 Employees       Abuse · torture.
and    all Insured and bonded.
rea 4 million per head. × 10 % × $717,000 00
son = 7 million of Employee 107K Per Employed
able Insurance Bonds.
Remedy For relief and compense $749,000 00

Page 5 of 6

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10·13·2023

Signature of Plaintiff: *Tony R Petty*
Printed Name of Plaintiff: Tony R. Petty

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City ____ State ____ Zip Code ____
Telephone Number: _____
E-mail Address: _____