# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TONY RAY PETTY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00422 JMS-KJM |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| KEVIN SOUZA, VOLTAIRE GANSIT, JESSICA VILLORIA, ET AL., | August 15, 2024<br>At 2 o'clock and 15 min p.m.<br>LUCY H. CARRILLO, CLERK |
| Defendants. | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

On August 15, 2024, the Court issued its "Order Dismissing Complaint," ECF No. 59 (August 15, 2024 Order).

IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED, pursuant to and in accordance with the August 15, 2024 Order. Further, the Clerk is directed to close this case.

| | |
|---|---|
| August 15, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |